

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00688-CV

**IN RE** Cesar **ESPINOSA**

Original Proceeding[1]

PER CURIAM

Sitting:      Adrian A. Spears, II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 27, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. *See* TEX. GOV'T CODE § 22.221 (writ power of the courts of appeals); *see also In re Ramirez*, No. 04-22-00469-CV, 2022 WL 3908846, at *1 (Tex. App.—San Antonio Aug. 31, 2022, orig. proceeding) (courts of appeal lack jurisdiction to consider matters arising directly from justice court). Accordingly, relator's petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 11E2504061, styled *SMC Westpointe, LLC v. Cesar Espinosa & all other occupants*, pending in the Municipal Court, Bexar County, Texas, the Sylvia M. Ruiz presiding.